**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BRIDGETT ANTAYA,

    Plaintiff,

v.

POTESTIVO & ASSOCIATES, P.C.,

    Defendant.

Case No. 1:17-cv-00722-PLM-RSK
Honorable Paul L. Maloney
Magistrate Judge Ray S. Kent

| | |
|---|---|
| CREDIT REPAIR LAWYERS OF AMERICA<br>By:  Gary D. Nitzkin (P41155)<br>*Attorneys for Plaintiff*<br>22142 West Nine Mile Road<br>Southfield, Michigan  48033<br>Phone:  (248) 353-2882<br>Facsimile:  (248) 353-4840<br>Email:  gary@crlam.com | POTESTIVO & ASSOCIATES, P.C.<br>By:  Chantelle R. Neumann (P70569)<br>*Attorneys for Defendant*<br>251 Diversion Street<br>Rochester, Michigan  48307<br>Phone:  (248) 853-4400, ext. 1157<br>Facsimile:  (248) 267-3075<br>Email:  cneumann@potestivolaw.com<br><br>POTESTIVO & ASSOCIATES, P.C.<br>By:  Brian L. Groen (P56673)<br>*Attorneys for Defendant*<br>3280 East Beltline Court NE, Suite 100<br>Grand Rapids, Michigan  49525<br>Phone:  (616) 284-2626, ext. 3103<br>Facsimile:  (248) 267-3022<br>Email:  bgroen@potestivolaw.com |

**<u>STIPULATED ORDER FOR DISMISSAL OF CASE WITH PREJUDICE</u>**

THIS MATTER having come before the Court upon stipulation and agreement by and between the parties, through their respective counsel, and the Court, being otherwise fully advised, hereby orders the following:

**IT IS HEREBY ORDERED** that Count I and Count III of Plaintiff's Complaint alleging violation of the Fair Debt Collection Practices Act and Michigan Collection Practices Act,

1

respectively, are hereby dismissed with prejudice and without costs, fees, or sanctions to any party.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is dismissed in its entirety with prejudice and without costs, fees, or sanctions to any party.

**IT IS SO ORDERED.**

*This Order resolves the last pending claim and closes the case.*

Dated:  June 29 , 2018            /s/ Paul L. Maloney
                                  U.S. District Court Judge

Stipulated and agreed as to form and entry:

Dated: June 28, 2018              /s/  Gary D. Nitzkin (w/email permission)
                                  By:  Gary D. Nitzkin (P41155)
                                  CREDIT REPAIR LAWYERS OF AMERICA
                                  *Attorney for Plaintiff*
                                  22142 West Nine Mile Road
                                  Southfield, Michigan  48033
                                  Phone:  (248) 353-2882
                                  Facsimile:  (248) 353-4840
                                  Email:  gary@crlam.com


Dated: June 28, 2018              /s/  Chantelle R. Neumann
                                  By:  Chantelle R. Neumann (P70569)
                                  POTESTIVO & ASSOCIATES, P.C.
                                  *Attorney for Defendant*
                                  251 Diversion Street
                                  Rochester, Michigan  48307
                                  Phone:  (248) 853-4400, ext. 1157
                                  Facsimile:  (248) 267-3075
                                  Email:  cneumann@potestivolaw.com